**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Shipley, | No. CV-17-00558-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

This matter was stayed during the pendency of the criminal proceeding related to the Plaintiff's allegations brought here alleging that Tucson City Police Officer Stacy Rosado violated his Fourth, Fifth, and Fourteenth Amendment rights by unlawfully searching his vehicle and/or running the serial numbers on the weapons found during the alleged search. Plaintiff was ordered to file status reports with the Court beginning on July 1, 2018. He did not do this. The Court shall afford Plaintiff an opportunity to show cause why this case should not be dismissed because the criminal matter has been decided against him, including a determination that the seizure of the weapons at issue in this case and the search of the weapon for the serial number did not violate the Constitution.

**Accordingly,**

**IT IS ORDERED** that the Plaintiff shall file a written show cause statement with the Court within 30 days of the filing date of this Order why this case should not be dismissed.

**IT IS FURTHER ORDERED** that in the event the Plaintiff does not show cause to not dismiss the case, it shall be dismissed forthwith.

Dated this 15th day of October, 2018.

_____
Honorable David C. Bury
United States District Judge