**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marc Shipley,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Tucson, et al.,<br><br>　　　　Defendants. | No. CV-17-00558-TUC-DCB<br><br>**ORDER** |

Pursuant to this Court's Order to Show Cause, (Order (Doc. 9), and Plaintiff's failure to show cause why this case should not be dismissed,

**IT IS ORDERED** that this case is dismissed.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 2nd day of January, 2019.

_____
Honorable David C. Bury
United States District Judge